CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Reginald Leon Hopkins #51994
**Full Name of Plaintiff**     **Inmate Number**

Civil No. 1:22-CV-08
(to be filled in by the Clerk's Office)

v.

Darrin Bates
**Name of Defendant 1**

[✓] Demand for Jury Trial
[ ] No Jury Trial Demand

Federal Special Agent McDermott
**Name of Defendant 2**

Federal Special Agent Stewart
**Name of Defendant 3**

Federal Special Agent O'Donnell
**Name of Defendant 4**

Federal Special Agent Bowman
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

FILED
HARRISBURG, PA
JAN 03 2022
PER ___IBR___
DEPUTY CLERK

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

[✓] Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

[✓] Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

[ ] ~~Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States~~

Task Force Officer Brittany Brenner
NAME OF DEFENDANT 6

United States Attorney Bruce D. Brandler
NAME OF DEFENDANT 7

Assistant United States Attorney Johnny Baer
NAME OF DEFENDANT 8

Assistant United States Attorney Paul J. Movias Jr.
NAME OF DEFENDANT 9

Dauphin County District Magistrate Hanif Johnson
NAME OF DEFENDANT 10

Dauphin County District Magistrate Dave Oleary
NAME OF DEFENDANT 11

Dauphin County Public Defender Zachary Flemming
NAME OF DEFENDANT 12

Dauphin County Public Defender Susan Edwards
NAME OF DEFENDANT 13

Federal Public Defender Melissa B. Porter
NAME OF DEFENDANT 14

8 UNKNOWN A.T.F ENTRY TEAM MEMBERS
NAME OF DEFENDANT 15

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Hopkins Reginald L.
Name (Last, First, MI)

# 51994
Inmate Number

Dauphin County Prison
Place of Confinement

501 Mall Road
Address

Harrisburg PA 17111-1299
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Bates Darrin
Name (Last, First)

Harrisburg Police Officer
Current Job Title

123 Walnut Street
Current Work Address

Harrisburg PA 17101
City, County, State, Zip Code

**Defendant 2:**

McDERMOTT (UNKNOWN)
Name (Last, First)

Federal Special Agent
Current Job Title

UNKNOWN
Current Work Address

UNKNOWN
City, County, State, Zip Code


**Defendant 3:**

STEWART (UNKNOWN)
Name (Last, First)

Federal Special Agent
Current Job Title

UNKNOWN
Current Work Address

UNKNOWN
City, County, State, Zip Code


**Defendant 4:**

ODONNELL (UNKNOWN)
Name (Last, First)

Federal Special Agent
Current Job Title

UNKNOWN
Current Work Address

UNKNOWN
City, County, State, Zip Code


**Defendant 5:**

BOWMAN (UNKNOWN)
Name (Last, First)

Federal Special Agent
Current Job Title

UNKNOWN
Current Work Address

UNKNOWN
City, County, State, Zip Code

DEFENDANT 6:

BRENNER BRITTANY
TASK FORCE OFFICER
UNKNOWN
UNKNOWN

DEFENDANT 7:

Brandler Bruce
United States Attorney
228 Walnut street suite 220
Harrisburg PA 17108

DEFENDANT 8:

BAER Johnny
United States Attorney
228 Walnut street suite 220
Harrisburg PA 17108

DEFENDANT 9:

Movias Paul
United States Attorney
228 Walnut street
Harrisburg PA 17108

DEFENDANT 10:

Johnson Hanif
Dauphin County District Magistrate
538 South 29th Street
Harrisburg PA 17104

Page 3.1

DEFENDANT 11:

OLeary Dave
Dauphin County District Magistrate
1520 Walnut Street
Harrisburg PA 17103

DEFENDANT 12:

Flemming Zachary
Dauphin County Public Defender
Two South Second Street 2nd Floor
Harrisburg PA 17101

DEFENDANT 13:

Edwards Susan
Dauphin County Public Defender
Two South Second Street 2nd Floor
Harrisburg PA 17101

DEFENDANT 14:

Porter Melissa
Federal Public Defender
100 Chestnut Street 3rd Floor
Harrisburg PA 17101

DEFENDANT 15:

8 Unknown A.T.F. Entry Team Members
Bureau of Alcohol Tobacco Firearms
   Unknown
   Unknown

Page 3.2

### III.  STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose. The events giving rise to these claims arose on 2/19/21 at Plaintiff's apartment at (100 Evergreen Street #b-1 Harrisburg PA 17103) Approximately 4:30 AM.

B. On what date did the events giving rise to your claim(s) occur? The dates giving rise to my claims started on or about 2/19/21 till present day.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?) On 2/19/21 Approximately 4:30AM my apartment door was broken down by officer Darrin Bates along with 8 men dressed in tactical gear armed with assult-rifles. These men never identified themselves and never showed me a search warrant before, during, or after the search of my home. These law enforcement officers, in fact did NOT have a search warrant at all, and 6 months later finally produced false, manipulated federal court documents in an attempt to justify breaking into my home and false arresting, and false imprisoning me. The fake federal court document in question is Search Warrant Case Number 1:21-MC-00134. This document is NOT a search warrant for 100 Evergreen St. b-1 Harrisburg PA 17104 issued by U.S. Magistrate Judge Susan E. Schwab to officer Darrin Bates on 2/15/21 as claimed by Darrin Bates in Affidavit, and the Prosecution Paul J. Movias claims in indictment. Dauphin County district magistrates Hanif Johnson and Dave O'leary, Public defenders Zachary Flemming and Susan Edwards, Federal Public defender Melissa Porter, Along with U.S Attorneys and various law enforcement (state, federal, and local) All are "conspiring" to keep this lie alive, that 1:21-MC-00134 is a valid search warrant authorizing the search of 100 Evergreen Street on 2/19/21.

Pursuant to this unreasonable search of my home I was given firearms charges by Darrin Bates with the Commonwealth of Pennsylvania. During the unlawful entry of my apartment the A.T.F. used excessive force by pointing assult-rifles at my head, dragging me out of my

home in my pajamas (4:30 AM) slamming me on a concrete floor on my face, and handcuffing me behind my back. This was excessive because at no time did I resist these men aiming assault rifles to my head. While on the ground face down these men put knees and feet on my back with enough force that I urinated on myself. I was not allowed dry clothing and I was taken outside of my home to a common area laundry room and held by 2 men with firearms as I watched approximately 10 to 15 people I assumed to be law enforcement going in and out of my home carrying large plastic tupperware containers. This rummaging through my apartment lasted approximately 1½ to 2 hours. I was then given firearms charges by DARRIN BATES, never read my Miranda rights, and transported to Dauphin County Prison. Prior to being transported to D.C.P. I heard an agent tell "transport" to relay to the judge to issue me as "high as a bail as possible" and to "dont ever let him out."

I was arraigned on 2/19/21 and given a $250,000 bail by district magistrate HANIF JOHNSON. At this hearing magistrate HANIF JOHNSON was made aware of the assault given by the A.T.F. and also that there is no search warrant authorizing the "forced entry" into my home, and no probable cause for my arrest. HANIF JOHNSON failed to act on this information and gave me a quarter million dollar "excessive cruelty bail" to keep me in D.C.P. without a realistic chance to make bail.

My first preliminary hearing was on 3/22/21 at magistrate DAVE cleary's office. Magistrate DAVE cleary

PAGE 4.1

conspired with law enforcement and officials by unlawfully holding me without allowing me to proceed with a preliminary hearing in his courtroom. Magistrate DAVE OLEARY kept me in legal-limbo by continuing my hearing "4" consecutive times without "good cause shown" holding me and not dismissing my charges for lack of evidence for over 4 months. (3/22/21 until 7/26/21) This was done in "collusion" with the federal prosecutor for these reasons #1) There is no search warrant authorizing DARRIN BATES AND A.T.F. to force entry into my home (150 Evergreen St.) #2) The people in "conspiracy" are helping to cover up for this violation of illegal entry, false arrest, and false imprisonment. #3) This legal limbo allowed DARRIN BATES and conspirators the time needed to fabricate more false charges in the form of an indictment (specifically a newly added drug sale to DARRIN BATES on 1/15/21)

On 6/23/21 DARRIN BATES and federal prosecutor Paul J. Movias fabricated evidence and charged the plaintiff with an indictment that alledged that on 2/11/21 I possessed firearms, and a newly added charge (after over 4 months) that says on 1/15/21 I sold DARRIN BATES crack cocaine through a C.I. (DARRIN BATES failed to mention this drug sale during the state proceedings, and he is the affiant in both state and federal proceedings)

DARRIN BATES now claims he is a Task Force Officer and I sold crack to him 1/15/21, he also claims that because of this "fabricated drug sale" a federal search

PAGE 4.2

warrant was issued to him by U.S. Magistrate Judge Susan E. Schwab on 2/11/21 and this is the warrant that authorized A.T.F to break down my door on 2/19/21 and unlawfully enter and search my home. As stated earlier search warrant case number 1:21-MC-00134 is a manipulated federal court document and is NOT a search warrant for 100 Evergreen Street. My federal public defender Melissa Porter has been trying to deceive me by telling me that all of my documents concerning case number 1:21-MC-00134 are sealed so I can't see them and Melissa Porter also tells me she will not file a motion to the Courts to unseal my search warrant. Melissa Porter has had my case load since 7/8/21 and refuses to file any of the meaningful motions I request, and also continued my case for a total of 150 days against my consent. She told me that she is the attorney and that she can continue the case as much as she wants, she also told me that she will file my motions "when she feels like it". Melissa Porter is in conspiracy with the Federal Prosecution and is using the same method of unnecessary "chronic continuances" that the Dauphin County public defenders used. Melissa Porter is aware of manipulated court documents being used against me and is failing to act by notifying authorities.

   Its just not possible for misconduct of this magnitude to slip through the fingers of so many members of the D.O.J. There are many known and unknown officials conspiring to keep this LIE alive.

PAGE 4.3

IV. **LEGAL CLAIM(S)**

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

#1) DARRIN BATES At All times WAS Acting UNDER Color of State And FEDERAL LAW And DID VIOLATE PlAiNtiFF constitutional rights specifically the 4th Amendment, 5th Amendment, 6th Amendment, 8th Amendment, And 14th Amendment by his Actions of unreasonable search And seizure, Assult And battery, False Arrest, False imprisonment, conspiracy, malicious prosecution, Fabricating Evidence, Perjury, And manipulation of court documents, causing PlaintifF injury both physically And mentally. Plaintiff brings suit IN DARRIN BATES INDIVIDUAL capacity.

#2) FEDERAL Special Agent MCDERMOtt At All times WAS Acting UNDER Color of FEDERAL LAW And did violate Plaintiffs constitutional rights specifically the 4th Amendment by Forcing Entry into my home without a search warrant, unlawfully searching And seizing Plaintiff And property. This caused Plaintiff injury both physically And mentally. Plaintiff brings suit IN MCDERMOtt's Individual capacity

V. **INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above. Plaintiff suffers injury And harm physically, mentally, And Emotionally. From the Assult issued At the hands of the A.T.F. I now suffer from Extreme Lower back pain, groin pAiN, And numbness in my leg. Walking causes me pain. After being slammed on the concrete I get terrible head aches. I see a psychologist on A regular basis because of Fear Anxiety And depression. I now have to take medication twice A day For Anxiety And depression.

VI. **RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money. I request A Full investigation immediately launched on DARRIN BATES And conspirators. I request the names revealed of All perpetrators behind the curtain that Are trying to remain Anonymous. I request An investigator to be sent to me At D.C.P. to record And memorialize All Evidence I have supporting my claims. I request changes to be made to the search warrant proceedure, making it more transparent

## IV. LEGAL CLAIMS cont

#3) Federal special agent Stewart at all times was acting under color of Federal Law and did violate plaintiffs constitutional rights specifically the 4th amendment by Forcing Entry into my home without a search warrant unlawfully searching and seizing plaintiff and property. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Stewarts Individual ~~and official~~ capacity.

#4) Federal special Agent ODONNELL at all times was acting under color of Federal LAW and did violate plaintiffs constitutional rights specifically the 4th amendment by Forcing Entry into my home without a search warrant unlawfully searching and seizing plaintiff and property. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in ODONNELL's Individual ~~and official~~ capacity.

#5) Federal special agent Bowman at all times was acting under color of Federal LAW and did violate plaintiffs constitutional rights specifically the 4th amendment by Forcing Entry into my home without a search warrant unlawfully searching and seizing plaintiff and property. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Bowmans Individual ~~and official~~ capacity.

PAGE 5.1

# IV. LEGAL CLAIMS

#6) T.F.O. Brittany Brenner at all times was acting under color of State and Federal Law and did violate plaintiffs constitutional rights specifically the 4th, 8th, and 14th Amendment by conspiring with Law Enforcement (known and unknown) to Falsify police records in order to False arrest and False imprison plaintiff. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Brenner's Individual ~~and Official~~ capacity.

#7) U.S. Attorney Bruce D. Brandler at all times was acting under color of Federal Law and did violate plaintiffs constitutional rights specifically the 4th, 8th, and 14th Amendments by Falsifying Federal court documents. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Brandler's Individual ~~and Official~~ capacity.

#8) Assistant U.S. Attorney Johnny Baer at all times was acting under color of Federal Law and did violate plaintiffs constitutional rights specifically the 4th, 8th, and 14th Amendments by Falsifying Federal court documents. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Baer's Individual ~~and Official~~ capacity.

## IV Legal Claims

#9) Assistant U.S. Attorney PAUL J. MOVIAS at all times was acting under color of Federal Law and did violate plaintiffs constitutional rights specifically the 4th 8th and 14th Amendments by Falsifying Federal court documents and conspiring with Law Enforcement (state and local) to False imprison plaintiff. This caused plaintiff injury both physically and mentally. Plaintiff brings suit in Movias Individual ~~~~ capacity.

#10) District Magistrate HANIF JOHNSON at all times was acting under color of State Law and did violate plaintiffs constitutional rights specifically the 4th, 5th, 6th, 8th and 14th Amendments by conspiring with Law Enforcement (state and Federal) by issuing a $250,000 excessive cruelty bail to hold plaintiff in prison so law enforcement and officials can fabricate false charges. I bring suit in Johnson's Individual ~~~~ capacity.

#11) District Magistrate DAVE O'leary at all times was acting under color of State Law and did violate plaintiffs constitutional rights specifically the 4th, 5th, 6th, 8th and 14th by conspiring with Law Enforcement and officials (state and Federal) to hold plaintiff in legal-limbo for 5 months without allowing me a preliminary hearing to give the Federal Government needed time to fabricate an indictment and false charges. This caused injury to plaintiff physically and mentally. Plaintiff brings suit in O'leary's Individual ~~~~ capacity.

## IV. Legal Claims cont

#12) Public defender Zachary Flemming at all times was acting under color of State Law and did violate plaintiffs rights specifically the 4th, 5th, 6th, 8th and 14th by conspiring with Law Enforcement and officials (state and Federal) to keep plaintiff false imprisoned and failing to act on misconducts that were brought to his attention. Plaintiff brings suit in Flemming's Individual ~~and Official~~ capacity.

#13) Public Defender Susan Edwards at all times was acting under color of State Law and did violate plaintiffs rights specifically the 4th, 5th, 6th, 8th and 14th by conspiring with Law Enforcement and officials (state and Federal) to keep plaintiff false imprisoned and failing to act on misconducts that were brought to her attention. I bring suit in Edwards Individual ~~and Official~~ capacity.

#14) Federal public defender Melissa Porter at all times was acting under color of Federal Law and did violate plaintiffs rights specifically the 4th, 5th, 6th, 8th and 14th by conspiring with Law Enforcement and officials to keep plaintiff false imprisoned. Melissa Porter knows about fake documents used to imprison me and failed to act on misconduct she is aware of. This caused injury to me physically and mentally. Plaintiff brings suit to Porter in her Individual ~~and Official~~ capacity.

## IV Legal Claims cont'd

#15) 8 unknown A.T.F Entry team members at all times was acting under color of Federal Law and did violate plaintiff's rights specifically the 4th, 8th and 14th by Forcing Entry into my home using a battering ram and other devices, pointing automatic rifles at my head, dragging me out of my home at gunpoint, slamming me on a concrete floor face first, handcuffing me behind my back, placing knees and feet on my neck and back with enough force that I urinated on myself, unlawfully searched my home without a search warrant, fabricated evidence on me, unlawfully arrested me and had me false imprisoned at D.C.P since 2/19/21. This was done in conspiracy with DARRIN BATES and caused me injury along with tremendous pain physically and mentally. Plaintiff brings suit to all "8" of these unknown A.T.F members in their Individual ~~official~~ capacity.

## V Injury cont

The emotional strain on me and my family can not be measured. I can never get a second chance to hear my 3 year old's first sentence or to support my son his senior year during wrestling matches. I live in daily fear of my life from being forced to live in a community infected with the COVID virus. I've been in close contact with COVID at least 3 times. Because of constant quarrantines I may only be allowed out of my cell once every 3 days to shower or exercise. I suffer from lack of sleep. I'm unable to earn money to support my family.

Page 5.5

Relief cont'd

and accessible to the public so that corrupt law enforcement can't "violate" civilians under the shield of a search warrant that does not exist.

I request an injunction ordered to protect myself and my family from retaliation from these defendants named as well as other conspirators in law enforcement.

I request complete reimbursement of all cost and fees accumulated as a direct result of this false imprisonment. (Including attorney fees)

I request an attorney to be appointed by the court to handle this case due to the amount of corruption evident and complexity of this case.

I request punitive and compensatory awards in the form of monetary value awarded to me from each defendant for physical, mental, and emotional injury sustained as a direct result of this incident.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

12/16/21
Date




NAME: Reginald Hopkins
D.C.#: 50994
DAUPHIN COUNTY PRISON
501 Mall Road
HARRISBURG, PA 17111-1299

1017 2620 0001 1483 7036

U.S. POSTAGE PAID
FCM LG ENV
NEW CUMBERLAND, PA
17070
DEC 28, 21
AMOUNT
$8.76
R2305K137806-23

Office of the Clerk
228 Walnut Street
Po Box 983
Harrisburg PA 17108



RECEIVED
HARRISBURG, PA
JAN 03 2022
PER_____
DEPUTY CLERK

USPS X-RAY